FORM 26. Docketing Statement                                   Form 26 (p. 1)
                                                                  July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2023-1367

**Short Case Caption:** Ingenico Inc. v. IOENGINE, LLC

**Filing Party/Entity:** IOENGINE, LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| D. Del. - Wilmington | 1:18-cv-00826-WCB | Civil - Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of the judgment of invalidity of certain claims of U.S. Patent No. 9,059,969; and U.S. Patent No. 9,774,703.

**Relief awarded below (if damages, specify):** ☑ None/Not Applicable

**Briefly describe the judgment/order appealed from:**

Final judgment of the district court following the jury's verdict on issues of patent infringement and validity, and the order denying Appellant's post-trial motion for judgment as a matter of law or in the alternative for a new trial.

**Nature of judgment (select one):**      **Date of judgment:** 7/25/22

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

> IOENGINE, LLC v. Ingenico, Inc., No. 2021-1227 (Fed. Cir.) (lead case, consolidated with Nos. 2021-1331, 2021-1332, 2021-1375, 2021-1376).

Issues to be raised on appeal: ☐ None/Not Applicable

> Issues include at least Whether the district court improperly instructed the jury, ruled improperly on evidentiary issues, and improperly denied IOENGINE's motion for judgment as a matter of law or in the alternative for a new trial.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes  ☐ No

If "yes," when were the last such discussions?

- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?  ☑ Yes  ☐ No

If they were mediated, by whom?

> Hon. Mary Pat Thynge, U.S. Magistrate Judge, D. Del.

Do you believe that this case may be amenable to mediation? ☑ Yes ☐ No

Explain.

> While this case may be amenable to mediation, IOENGINE expects that a productive mediation would require the participation of non-party PayPal Holdings Inc. In pending cases in the District of Delaware, both Appellee and PayPal stand accused of infringement based on products that Appellee has supplied to PayPal.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> 

Date: 1/24/23

Signature: /s/ Gregory T. Chuebon

Name: Gregory T. Chuebon

Save for Filing