# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-1367

**Short Case Caption:** Ingenico Inc. v. IOENGINE, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

IOENGINE, LLC

| | | |
|---|---|---|
| **Principal Counsel:** Noah M. Leibowitz | | Admission Date: 06/28/2005 |
| Firm/Agency/Org.: Dechert LLP | | |
| Address: Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036-6797 | | |
| Phone: 212-698-3538 | | Email: noah.leibowitz@dechert.com |
| **Other Counsel:** Gregory T. Chuebon | | Admission Date: 12/30/2016 |
| Firm/Agency/Org.: Dechert LLP | | |
| Address: Three Bryant Park, 1095 Avenue of the Americas, New York, NY 10036-6797 | | |
| Phone: 212-698-3887 | | Email: greg.chuebon@dechert.com |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/27/23

Signature: /s/ Gregory T. Chuebon

Name: Gregory T. Chuebon

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Derek J. Brader | Admission Date: 04/21/2015 |
|---|---|
| Firm/Agency/Org.: Dechert LLP | |
| Address: Cira Centre, 2929 Arch St., Philadelphia, PA 19104-2808 | |
| Phone: 215-994-2437 | Email: derek.brader@dechert.com |
| **Other Counsel:** Michael H. Joshi | Admission Date: 02/25/2021 |
| Firm/Agency/Org.: Dechert LLP | |
| Address: 3000 El Camino Real, Five Palo Alto Square, Suite 650, Palo Alto, CA 94306-2112 | |
| Phone: (650) 813-4800 | Email: michael.joshi@dechert.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |