No. 2023-1367

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**INGENICO INC.,**

*Plaintiff/Counterclaim Defendant-Appellee*,

v.

**IOENGINE, LLC,**

*Defendant/Counter-Claimant Appellant.*

Appeal from the United States District Court for the District of Delaware, No. 1:18-cv-00826-WCB, Judge William C. Bryson

## IOENGINE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

Michael H. Joshi
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306-2112

Derek J. Brader
Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*

# CERTIFICATE OF INTEREST

Under Federal Circuit Rule 47.4, counsel for Appellant IOENGINE, LLC certifies the following:

| | |
|---|---|
| Under FCR 47.4(a)(1), the full name of every entity represented in this case by Appellant's counsel is: | IOENGINE, LLC |
| Under FCR 47.4(a)(2), the names of every real party in interest (if the real party named in the caption is not the real party in interest) represented by me are: | None. |
| Under FCR 47.4(a)(3), all parent corporations and any publicly held companies that own 10 percent or more of the stock of the entities represented by me in this case are: | None. |
| Under FCR 47.4(a)(4), the names of all law firms, partners, and associates that appeared for the entity now represented by me in the lower tribunal or are expected to appear in this court, other than those who have already entered an appearance in this Court, are: | Eve H. Ormerod, Smith, Katzenstein, & Jenkins LLP; Neal C. Belgam, Smith, Katzenstein, & Jenkins LLP; Judah Bellin, Dechert LLP; Luke M. Reilly, Dechert LLP. |
| Under FCR 47.4(a)(5), other than the originating case numbers, the title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: | *IOENGINE, LLC v. Ingenico, Inc.*, No. 2021-1227 (Fed. Cir.) (lead case, consolidated with Nos. 2021-1331, 2021-1332, 2021-1375, 2021-1376); *Ingenico, Inc. v. IOENGINE, LLC*, No. IPR2019-00416 (PTAB); *Ingenico, Inc. v. IOENGINE, LLC*, No. IPR2019-00879 (PTAB); |

| | *Ingenico, Inc. v. IOENGINE, LLC*, No. IPR2019-00929 (PTAB). |
|---|---|
| Under FCR 47.4(a)(6), information regarding organizational victims in criminal cases and debtors and trustees in bankruptcy cases: | Not applicable. |

Date: April 11, 2023

Respectfully submitted,

/s/ *Derek J. Brader*
Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*

Appellant IOENGINE, LLC ("IOENGINE"), respectfully moves pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b) for an extension of time to file its opening brief. IOENGINE's opening brief is currently due on May 12, 2023. IOENGINE respectfully requests an eighty (80)-day extension of time, up to and including July 31, 2023. Appellee Ingenico Inc. ("Ingenico") has indicated that it does not oppose this motion.

Good cause exists for the requested extension for multiple reasons. This case was referred to mediation on March 3, 2023. According to the Court's Appellate Mediation Program Guidelines, this medication should be completed within 150 days from referral, which is July 31, 2023. Moreover, the requested extension will reduce conflicts in scheduling during the next few months. IOENGINE's counsel is managing fast-track discovery before Judge Albright in *IOENGINE, LLC v. Roku, Inc.*, No. 6:21-cv-01296 (W.D. Tex.), with fact discovery closing April 27, 2023 and expert reports due May 4, 2023. IOENGINE's counsel has further obligations in this and other cases over the coming months, including the close of fact discovery and preparation of expert reports, potential briefing in four *inter partes* review proceedings before the Patent Trial and Appeal Board, preparation for trial at the end of the summer, as well as other cases pending before this Court, as explained in the accompanying declaration. Moreover, this appeal involves numerous complex

1

legal issues, and the added time would facilitate a better-organized and more efficient presentation of these issues to the Court.

Only one previous sixty (60)-day extension of this deadline has been granted to IOENGINE before the case was referred to mediation, and no party will be prejudiced by the extension. This Motion is filed at least 7 days before the date to be extended. This motion is made in good faith and not for the purpose of delay or other procedural advantage.

IOENGINE respectfully requests that the Court grant this motion, making the new deadline for filing its opening brief: July 31, 2023.

Date: April 11, 2023

*/s/ Derek J. Brader*
Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*

No. 2023-1367

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**INGENICO INC.,**

*Plaintiff/Counterclaim Defendant-Appellee*,

v.

**IOENGINE, LLC,**

*Defendant/Counter-Claimant Appellant.*

Appeal from the United States District Court for the District of Delaware, No. 1:18-cv-00826-WCB, Judge William C. Bryson.

**DECLARATION OF DEREK J. BRADER IN SUPPORT OF IOENGINE, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

I, Derek J. Brader, declare as follows:

1. I am an Associate in the law firm of Dechert LLP and attorney of record for Appellant IOENGINE, LLC ("IOENGINE").

2. I am duly admitted to the bar of this Court, the United States Patent and Trademark Office, and the State of Pennsylvania. I make this declaration in support of IOENGINE's Unopposed Motion to Extend Time to File its Opening Brief.

3. Currently, IOENGINE's opening brief is due to be filed on or before May 12,

1

2023. *See* Fed. Cir. R. 31(a)(3)(A). IOENGINE seeks an extension of eighty (80) days, to July 31, 2023.

4. Counsel for IOENGINE has multiple competing professional obligations over the coming and recent weeks, including among other things:

   a. Participating in mediation for this case, which was referred to mediation on March 3, 2023.

   b. Managing fast-track discovery before Judge Albright in *IOENGINE, LLC v. Roku, Inc.*, No. 6:21-cv-01296-ADA-DTG (W.D. Tex.), which is set to close on April 27, 2023, after which expert reports are due on May 4, 2023 and Dispositive Motions and *Daubert* Motions are due on July 6. 2023;

   c. Preparing for oral argument in *True Spec Golf LLC v. Club Champion LLC* before this Court (No. 2021-1612), which was fully briefed no later than April 3, 2023;

   d. Preparing for oral argument in *Ingenico, Inc. v. IOENGINE LLC* before this Court (lead case No. 2021-1227), regarding appeals from PTAB Nos. IPR2019-00416, IPR2019-00879, and IPR2019-00929, which was fully briefed on February 23, 2023.

5. These obligations have combined to make it difficult and inefficient for IOENGINE to prepare an effective and well-organized presentation of the complex

issues in this appeal to the Court under the current deadline.

6. This is IONEGINE's second request for an extension of this deadline, the first having been granted before the case was referred to mediation.

7. This extension is sought in good faith to allow IOENGINE sufficient time to review the record below, discuss matters with IOENGINE, and prepare and file a response, and not for the purpose of delay or other procedural advantage.

8. Counsel for IOENGINE contacted counsel for Ingenico, who indicated that Ingenico will not oppose the requested extension.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2023     /s/ *Derek J. Brader*
Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

As required by Rule 32(g)(1) of the Federal Rules of Appellate Procedure, I hereby certify that IOENGINE's Unopposed Motion for an Extension of Time to File Opening Brief is in compliance with the type form and volume requirements. This motion was prepared using Microsoft Word for Microsoft 365. It is proportionately spaced; uses a Roman-style, serif typeface (Times New Roman) of 14-point; and contains 331 words, exclusive of material not counted under Rule 32(f) of the Federal Rules of Appellate Procedure.

April 11, 2023

*/s/ Derek J. Brader*
Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

April 11, 2023
/s/ *Derek J. Brader*
Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

*Counsel for Defendant/Counter-Claimant Appellant IOENGINE, LLC*