

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 29, 2024

2023-1367 - Ingenico Inc. v. IOENGINE, LLC

# NOTICE OF NON-COMPLIANCE

The documents (Appendix and Confidential Appendix) submitted by IOENGINE, LLC are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of these documents correcting the following:

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

  *[Clerk's Note: No entry of appearance filed for Frederick L. Cottrell III.]*

- Pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

- The documents were filed in an editable format or has embedded comments. All electronic filings must be flattened. Fed. R. App. P. 32(c)(2). Refer to the court's Electronic Filing Procedures ("Flattening a PDF").

  *[Clerk's Note: For example, Confidential Appendix Vol. I contains 29 editable comments.]*

- The Confidential Appendix does not contain the required proof of service or the proof of service indicates improper service of material that cannot be served through the court's electronic filing system. Fed. R. App. P. 25(d); Fed. Cir. R. 25(e); Fed. Cir. R. 25(i)(1) (Corrected Filings). If a party has stated

consent to an alternative method of service than that required by the rule, the proof of service must so indicate. Fed. R. Cir. 25(e)(4).

*[Clerk's Note: Filers cannot serve confidential information through the court's electronic filing system. When a document is filed in two versions pursuant to Federal Circuit Rule 25.1, the filer must serve all other authorized parties using one of the other service methods permitted by Federal Rule of Appellate Procedure 25(c).]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk