No. 2023-1367

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**INGENICO INC.,**
*Plaintiff / Counterclaim Defendant-Appellee*,

**INGENICO CORP., INGENICO GROUP S.A.,**
*Counterclaim Defendants-Appellees*
**v.**

**IOENGINE, LLC,**
*Defendant / Counter-Claimant-Appellant.*

Appeal from the United States District Court for the District of Delaware,
No. 1:18-cv-00826-WCB, Judge William C. Bryson

## APPELLANT IOENGINE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

Michael H. Joshi
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306

Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

*Counsel for Appellant
IOENGINE, LLC*

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Defendant / Counter-Claimant-Appellant IOENGINE, LLC ("IOENGINE") respectfully moves this Court for a 30-day extension of the time within which to file its petition for panel rehearing or rehearing *en banc*, from June 6, 2025 to and including Monday, July 7, 2025, under Fed. R. App. P. 26(a)(1)(C) (as the thirtieth day after June 6 falls on Sunday, July 6, 2025). Appellees do not oppose the requested extension. This is IOENGINE's first request for an extension of time to file its petition for panel rehearing or rehearing *en banc*.

As explained in the accompanying declaration of Noah M. Leibowitz, good cause exists for the requested extension. Since the panel decision issued on May 7, 2025, counsel for IOENGINE have been involved in several other ongoing matters with recent and upcoming deadlines, including briefing in *IOENGINE, LLC v. PayPal Holdings, Inc.*, Civ. No. 1:18-452 (D. Del.), which is due June 6, 2025 (the same day as the current deadline for IOENGINE's petition for panel rehearing or rehearing *en banc*); appeal briefs in each of Reexamination Control Nos. 90/015,292 and 90/015,293; argument on a motion in Delaware Chancery Court on June 6, 2025; and a motion to dismiss in the Western District of Washington, due June 16, 2025.

In addition, certain counsel for IOENGINE had preplanned travel commitments between May 23 and May 26 (Memorial Day weekend), and certain

counsel for IOENGINE will be celebrating the upcoming Jewish holiday of Shavuot on Monday, June 2 and Tuesday, June 3, 2025 and unavailable over those days.

The above deadlines and commitments make it difficult to prepare IOENGINE's petition for panel rehearing or rehearing *en banc* without the requested extension.

Finally, IOENGINE has received unsolicited inquiries regarding *amicus* support for a petition for rehearing/rehearing *en banc* in this case, and an extension will allow interested *amici* to organize.

Given the above, IOENGINE respectfully requests a 30-day extension to ensure that counsel have sufficient time to prepare the petition for panel rehearing or rehearing *en banc* in this case and that IOENGINE has sufficient time to review it.

For the foregoing reasons, IOENGINE respectfully requests a 30-day extension of time within which to file its petition from June 6, 2025 to and including July 7, 2025, making IOENGINE's petition for panel rehearing or rehearing *en banc* due Monday, July 7, 2025 under Fed. R. App. P. 26(a)(1)(C).

Date: May 30, 2025

Respectfully submitted,

 */s/ Noah M. Leibowitz*
Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

Michael A. Fisher
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Michael H. Joshi
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA  94306

*Counsel for Appellant IOENGINE, LLC*

# DECLARATION OF NOAH M. LEIBOWITZ

I, Noah M. Leibowitz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner in the law firm of Dechert LLP. I am appellate counsel for Appellant IOENGINE, LLC ("IOENGINE") in this appeal.

2. I submit this declaration, pursuant to Fed. Cir. R. 26(b)(3), in support of IOENGINE's motion for a 30-day extension of time, to and including July 7, 2025, to file its petition for panel rehearing or rehearing *en banc*.

3. The current due date for IOENGINE's petition for panel rehearing or rehearing *en banc* is June 6, 2025.

4. This is IOENGINE's first request for an extension of time for this petition.

5. Since the panel decision issued on May 7, 2025, appellate counsel for IOENGINE have been and remain involved in several other ongoing matters with recent and upcoming deadlines, including briefing in *IOENGINE, LLC v. PayPal Holdings, Inc.*, Civ. No. 1:18-452 (D. Del.), which is due June 6, 2025 (the same day as the current deadline for IOENGINE's petition for panel rehearing or rehearing *en banc*); appeal briefs in each of Reexamination Control Nos. 90/015,292 and 90/015,293; argument on a motion in Delaware Chancery Court on June 6, 2025; and a motion to dismiss in the Western District of Washington, due June 16, 2025.

6. In addition, I will be celebrating the upcoming Jewish holiday of Shavuot on Monday, June 2 and Tuesday, June 3, 2025, and unavailable on those days.

7. On May 30, 2025, counsel for Appellees advised that Appellees do not oppose the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2025.

                                          /s/ Noah M. Leibowitz
                                          Noah M. Leibowitz
                                          DECHERT LLP
                                          Three Bryant Park
                                          1095 Avenue of the Americas
                                          New York, NY 10036-6797

# CERTIFICATE OF INTEREST

Under Federal Circuit Rule 47.4, counsel for the Appellant IOENGINE, LLC certifies the following:

| | |
|---|---|
| Under FCR 47.4(a)(1), the full name of every entity represented in this case by Appellant's counsel is: | IOENGINE, LLC |
| Under FCR 47.4(a)(2), the names of every real party in interest (if the real party named in the caption is not the real party in interest) represented by me are: | None. |
| Under FCR 47.4(a)(3), all parent corporations and any publicly held companies that own 10 percent or more of the stock of the entities represented by me in this case are: | None. |
| Under FCR 47.4(a)(4), the names of all law firms, partners, and associates that appeared for the entity now represented by me in the lower tribunal or are expected to appear in this court, other than those who have already entered an appearance in this Court, are: | Eve H. Ormerod, formerly of Smith, Katzenstein, & Jenkins LLP; Neal C. Belgam, Smith, Katzenstein, & Jenkins LLP; Judah Bellin, Dechert LLP; Luke M. Reilly, Dechert LLP; Derek Brader, Flaster Greenberg PC, formerly of Dechert LLP. |
| Under FCR 47.4(a)(5), other than the originating case numbers, the title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal: | *IOENGINE, LLC v. Ingenico, Inc.*, No. 2021-1227 (Fed. Cir.) (lead case, consolidated with Nos. 2021-1331, 2021-1332, 2021-1375, 2021-1376); *Ingenico, Inc. v. IOENGINE, LLC*, No. IPR2019-00879 (PTAB); *Ingenico, Inc. v. IOENGINE, LLC*, No. IPR2019-00929 (PTAB); *IOENGINE, LLC v. PayPal Holdings, Inc.*, Civ. No. 1:18-452 (D. Del.). |

| Under FCR 47.4(a)(6), information regarding organizational victims in criminal cases and debtors and trustees in bankruptcy cases: | Not applicable. |
|---|---|

# **CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on May 30, 2025, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: May 30, 2025

   */s/ Noah M. Leibowitz*
Noah M. Leibowitz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

*Counsel for Appellant IOENGINE, LLC*

# CERTIFICATE OF COMPLIANCE
# WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because the filing has been prepared using a proportionally-spaced typeface and includes 403 words, excluding the items listed as exempted under Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), and Fed. Cir. R. 32(b)(2).

Date: May 30, 2025

*/s/ Noah M. Leibowitz*
Noah M. Leibowitz
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

*Counsel for Appellant IOENGINE, LLC*