

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 10, 2025

Kerry L. Timbers
Sunstein LLP
20th Floor
100 High Street
Boston, MA 02110

**Re: Ingenico Inc. v. IOENGINE, LLC – Appeal No. 23-1367**

Dear Counsel:

The court invites a response from Appellees to the combined petition for panel rehearing and rehearing en banc filed by Appellant in this matter.

Please file the response in accordance with Federal Circuit Rule 40 on or before July 24, 2025.

Very truly yours,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: M. Hull

cc: Noah Leibowitz