2023-1367

United States Court of Appeals
for the Federal Circuit

**INGENICO INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**INGENICO CORP., INGENICO GROUP S.A.,**
*Counterclaim Defendants-Appellees*

v.

**IOENGINE, LLC,**
*Defendant/Counter-Claimant-Appellant*

_____

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00826-WCB, Circuit Judge William C. Bryson.
_____

**Motion for an Extension of Time to Decide Whether to File a Motion for Leave to File an Amicus Brief**

The United States hereby moves for an additional time of 14 days, to and including August 4, 2025, in which to determine whether it will file a motion for leave to file an amicus brief pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure and Federal Circuit Rule 40(i) in this appeal and, if necessary, file such a motion. No previous extensions of time have been requested. The grounds for this motion are as follows:

1

On July 7, 2025, a petition for panel rehearing and rehearing en banc was filed by Appellant, IOENGINE, LLC. ECF No. 66. On July 10, 2025, the Court invited a response from Appellees Ingenico Corp., et al. to the petition, setting the due date for this response as July 24, 2025. ECF No. 75. The current deadline for the United States to file a motion for leave to file an amicus brief in support of neither party or in support of IOENGINE is July 21, 2025. Fed. Cir. R. 40(i)(2).

The United States respectfully requests an extension of 14 days to afford it adequate opportunity to determine whether to file an amicus brief regarding en banc review. The Solicitor General has not yet made a determination about whether to move to participate as amicus in light of the petition IOENGINE filed on July 7, 2025. If authorization is received, time will also be necessary to prepare the motion for leave and amicus brief, and to ensure that any brief is properly reviewed before filing. The extension is needed due to the very heavy workload of the Department of Justice and the USPTO.

The United States therefore respectfully requests a 14-day extension to August 4, 2025, to allow adequate time to determine whether to participate as amicus regarding the pending petition for en banc review, and, if authorized, prepare and have the amicus brief properly reviewed.

Counsel for Appellant, Noah Leibowitz, and counsel for Appellee, Kevin R. Mosier, were contacted and neither party opposes the requested extension.

This motion is accompanied by declarations pursuant to Fed. Cir. R. 26(b)(3) and Fed. Cir. R. 26(b)(1).

Dated: July 15, 2025

Respectfully submitted,

　/s/ *Maureen D. Queler*

AMY J. NELSON
*Acting Solicitor*

PETER J. AYERS
*Senior Counsel for Patent Law and Litigation*

MAUREEN D. QUELER
*Associate Solicitor*

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2023-1367

*Ingenico Inc. v. IOENGINE, LLC*

## DECLARATION IN SUPPORT OF THE UNITED STATES' MOTION FOR AN EXTENSION OF TIME

I, Maureen D. Queler, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in in accordance with Federal Circuit Rule 26(b)(3) and in support of the United States' motion for a 14-day extension of time, to and including August 4, 2025, to decide to file, and if necessary, file a motion for leave to file an amicus brief. The current deadline to file a motion for leave to file an amicus brief in support of neither party or in support of IOENGINE is July 21, 2025.

3. I believe good cause exists for the extension. The Department of Justice and USPTO have been diligently engaged on the issues presented in this case, before and since the time of IOENGINE's July 7, 2025 petition, but additional time is needed for the Solicitor General to determine whether to participate as amicus.

4. Should the Solicitor General determine that the United States will seek to participate as amicus, time will also be necessary to prepare the motion for leave and amicus brief, and to ensure that any brief is properly reviewed before filing. The full breadth of the extension is also needed due to the very heavy workloads of the Department of Justice and the USPTO.

5. Counsel for Appellant, Noah Leibowitz, and counsel for Appellee, Kevin R. Mosier, were contacted and neither party opposes the requested extension.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

July 15, 2025　　　　　　　　　　　　　/s/ *Maureen D. Queler*
　　　　　　　　　　　　　　　　　　　Maureen D. Queler
　　　　　　　　　　　　　　　　　　　Associate Solicitor

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2023-1367

*Ingenico Inc. v. IOENGINE, LLC*

# DECLARATION IN SUPPORT OF FILING THE UNITED STATES' MOTION FOR AN EXTENSION OF TIME WITH LESS THAN SEVEN (7) DAYS OF THE DUE DATE

I, Maureen D. Queler, hereby declare:

1. I am the primary attorney assigned to this case.

2. I submit this Declaration in accordance with Federal Circuit Rule 26(b)(1) and in support of the United States' motion for a 14-day extension of time, to and including August 4, 2025, to decide to file, and if necessary, file a motion for leave to file an amicus brief.

3. As a result of the very heavy workloads of the Department of Justice and the USPTO, the Solicitor General has not yet made a determination about whether to move to participate as amicus. This is an extraordinary circumstance that has necessitated this last-minute request for an extension of time.

*In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.*

July 15, 2025   /s/ *Maureen D. Queler*
  Maureen D. Queler
  Associate Solicitor

# CERTIFICATE OF COMPLIANCE

I certify pursuant to FRAP 32(a)(7) that the foregoing **Motion for an Extension of Time to Decide Whether to File a Motion for Leave to File an Amicus Brief** complies with the type volume limitation. The total number of words in the foregoing motion is 350 as measured by the word-processing software used to prepare this motion.

Dated: July 15, 2025                  Respectfully submitted,

                                         /s/ *Maureen D. Queler*
                                         Maureen D. Queler
                                         Associate Solicitor
                                         Office of the Solicitor
                                         U.S. Patent and Trademark Office
                                         Mail Stop 8, P.O. Box 1450
                                         Alexandria, Virginia 22313
                                         (571) 272-9035

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing **Motion for an Extension of Time to Decide Whether to File a Motion for Leave to File an Amicus Brief** with the Court's CM/ECF filing system, which constitutes service, pursuant to Fed. R. App. P. 25(c)(2) and Fed. Cir. R. 25(e)(1).

/s/ *Maureen D. Queler*
Maureen D. Queler
Associate Solicitor
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313
(571) 272-9035