NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGENICO INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

**INGENICO CORP., INGENICO GROUP S.A.,**
*Counterclaim Defendants-Appellees*

v.

**IOENGINE, LLC,**
*Defendant/Counter-Claimant-Appellant*

---

2023-1367

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-00826-WCB, Circuit Judge William C. Bryson.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Ingenico Corp., Ingenico Group S.A. and Ingenico Inc moves unopposed for a thirty-day extension of time until August 25, 2025, by which to file a response to the combined petition for panel rehearing and rehearing en banc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 24, 2025
Date

Jarrett B. Perlow
Clerk of Court