

**United States Patent and Trademark Office**
*Office of the General Counsel*
*Office of the Solicitor*

July 29, 2025

Jarrett B. Perlow
Clerk of the Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

  Re: *Ingenico Inc. v. IOENGINE, LLC*, Appeal No. 23-1367

Dear Mr. Perlow:

  On July 15, 2025, the United States filed a Motion for Extension of Time in which to notify the Court whether it will file a motion for leave to file an amicus brief. ECF No. 77. On July 16, 2025, the Court granted the requested extension, moving the due date for the United States to file a motion for leave to file an amicus brief to August 4, 2025. ECF No. 79.

  This letter serves as Notice to the Court that the United States will not be seeking to participate as an amicus in this case at this time.

Respectfully submitted,

/s/ *Amy J. Nelson*
Amy J. Nelson
*Acting Solicitor*

Peter J. Ayers
*Senior Counsel for Patent Law and Litigation*

Maureen D. Queler
*Associate Solicitor*
Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, Virginia 22313

CC (via CM/ECF): Counsel of Record